Derek C. Johnson, OSB No 882340
djohnson@justicelawyers.com
Marilyn Heiken, OSB No 923308
mheiken@justicelawyers
**JOHNSON JOHNSON LUCAS & MIDDLETON, P.C.**
975 Oak St., Suite 1050
Eugene, OR 97401-3124
Telephone: (541) 484-2434
Facsimile: (541) 484-0882

Of Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **TIFFANY BELL-ALANIS, SHARON MATTHEWS, ERIN NEEL,** and **SARAH PEDERSEN**, | Case No.: 6:21-cv-00885-MK |
| Plaintiffs, | **CONSENT JUDGMENT** |
| v. | |
| **J. H. BAXTER & CO,** a California Limited Partnership, and **J.H. BAXTER & CO, INC.,** a California Corporation, and **JEANNE OLSON**, | |
| Defendants. | |

## **CONSENT JUDGMENT**

*COME NOW* Plaintiffs, Tiffany Bell-Alanis, Sharon Matthews, Erin Neel, and Sarah Pederson and Defendants J.H. Baxter and Co, LP and JH Baxter and Co, Inc. who have agreed to the terms of this Consent Judgment to settle the claims in this action. This Court has jurisdiction over the parties and subject matter.

The parties agree to the entry of this Judgment without trial or final adjudication of any issue of fact or law and waive any right to appeal.

Page 1 – CONSENT JUDGMENT

Judgment is hereby entered against Defendants J.H. Baxter & Co. and J.H. Baxter & Co. Inc., only, jointly and severally, in the total amount of $200,000.00 in favor of Plaintiffs. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

s/ Marilyn Heiken
Marilyn Heiken, OSB#923308
Derek C. Johnson, OSB #882340
mheiken@justicelawyers.com
djohnson@justicelawyers.com
Johnson Johnson Lucas & Middleton, PC
975 Oak St., Suite 1050
Eugene, OR 97401-3124
Telephone: (541) 484-2434
Facsimile: (541) 484-0882


Jonathan Nace
(Admitted Pro Hac Vice)
jon@nidellaw.com
Nidel & Nace, PLLC
One Church Street, Suite 802
Rockville, MD 20850
Telephone: (202)780-5153



Jonathan Weissglass
(Admitted Pro Hac Vice)
jonathan@weissglass.com
Law Office of Jonathan Weissglass
1939 Harrison Street, Suite 150-B
Oakland, CA 94612
Telephone: (510) 836-4200

*Attorneys for Plaintiffs*

/s/ Kimberley Hanks McGair
Kimberley Hanks McGair, OSB #984205
S. Ward Greene, OSB # 774131
FARLEIGH WADA WITT
121 SW Morrison St., Suite 600
Portland, Oregon 97204

Page 2 – CONSENT JUDGMENT

(503) 228-6044 (phone)
(503) 228-1741 (fax)
wgreene@fwwlaw.com
kmcgair@fwwlaw.com

Attorneys for Defendants

**SO ORDERED:**


Dated: _____    _____
                         Hon. Ann Aiken
                         United States District Judge